

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00287-CR

Terry C. **TRENTACOSTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6469
Honorable Ray Olivarri, Judge Presiding

Opinion by:     Karen Angelini, Justice

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena Chapa, Justice

Delivered and Filed:  February 19, 2014

AFFIRMED; MOTION TO WITHDRAW GRANTED

Appellant Terry C. Trentacosta appeals the trial court's order denying his motion for

forensic DNA testing under chapter 64 of the Texas Code of Criminal Procedure. Appellant's

court-appointed attorney has filed a brief in which he concludes this appeal is frivolous and without

merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim.

App. 1978). Counsel has also filed a motion to withdraw. Counsel represents that appellant was

provided with a copy of the brief and the motion to withdraw, and was informed of his right to file

his own brief. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant did not file his own brief.

We have reviewed the record and counsel's brief. We agree that this appeal is frivolous and without merit. The judgment of the trial court is affirmed, and the motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns*, 924 S.W.2d at 177 n.1.

No substitute counsel will be appointed. Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Karen Angelini, Justice

DO NOT PUBLISH